# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA SANCHEZ, | Case No. 1:16-CV-00179-LJO-MJS |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| UNION SECURITY INSURANCE COMPANY, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 16-CV-00179-LJO-MJS, is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:   **August 24, 2016**           /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

151694.1

1

Case No. 1:16-CV-00179-LJO-MJS
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE